UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
STATE OF NEW YORK,                              Case No.
by the Attorney General of the State of New York,

                                          Plaintiff,  **COMPLAINT FOR**
**DECLARATORY AND**
**INJUNCTIVE RELIEF**

          -against-

UNITED STATES DEPARTMENT OF LABOR,

                                          Defendant.
------------------------------------------------------------------- X

## I. NATURE OF ACTION

1. The State of New York brings this lawsuit to compel compliance by the United States Department of Labor with the Freedom of Information Act in connection with the Department's new non-enforcement initiative for wage theft violations. In March 2018, Defendant United States Department of Labor ("USDOL") announced a non-enforcement initiative called the Payroll Audit Independent Determination ("PAID") Program that appears to offer employers a promise that they can avoid prosecution and penalties under federal wage laws if they self-identify and pay any back wages owed to their workers. In April 2018, concerned that the PAID Program would not adequately protect the rights of workers in New York and would potentially interfere with the State's prosecution of both state and federal law, the State submitted a request under the Freedom of Information Act ("FOIA") in order to better understand how USDOL developed and planned to implement the PAID Program. The USDOL has violated FOIA by failing to respond to Plaintiff's request within the statutorily prescribed time limit, failing to disclose the requested documents, and unlawfully withholding the requested

information. Plaintiff now asks the Court to order Defendant USDOL to respond to the request and to disclose all responsive records improperly withheld from Plaintiff.

## II. JURISDICTION AND VENUE

2. This Court has subject-matter jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

3. This Court has the authority to grant declaratory relief pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq*.

4. Venue is proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## III. PARTIES

5. Plaintiff State of New York is represented by its Attorney General, Barbara D. Underwood, with a principal place of operation at 28 Liberty Street, 15th Floor, New York, New York 10005.

6. Defendant USDOL is the federal department that oversees working conditions and work-related benefits and rights, and is an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). USDOL is headquartered at 200 Constitution Avenue, NW, Washington, D.C. 20210, and its New York Regional Office is located at 33 Whitehall Street, New York, NY 10004.

## IV. STATUTORY FRAMEWORK

7. FOIA promotes open government by providing every person with a right to request and receive federal agency records. 5 U.S.C. § 552(a)(3)(A).

8. In furtherance of its purpose to encourage open government, FOIA imposes strict deadlines on agencies to provide responsive documents to FOIA requests. *Id.* § 552(a)(6)(A).

9. An agency must comply with a FOIA request by issuing a determination within 20 business days after receipt of the request. *Id.* § 552(a)(6)(A)(i).

10. The determination "must at least inform the requester of the scope of the documents that the agency will produce, as well as the scope of the documents that the agency plans to withhold under any FOIA exemptions." *Citizens for Responsibility & Ethics in Wash. v. Fed. Election Comm'n*, 711 F.3d 180, 186 (D.C. Cir. 2013).

11. An agency may be entitled to one ten-day extension of time to respond to a request if it provides written notice to the requester explaining that "unusual circumstances" exist that warrant additional time. 5 U.S.C. § 552(a)(6)(B).

12. An agency must immediately notify the requester of its determination whether to comply with a request, and the reasons for it, and of the right of such person to appeal an adverse determination. *Id.* § 552(a)(6)(A)(i).

13. An agency's failure to comply with any timing requirements is deemed constructive denial and satisfies the requester's requirement to exhaust administrative remedies. *Id.* § 552(a)(6)(C)(i).

14. A FOIA requester who exhausts administrative remedies may petition the court for injunctive and declaratory relief from the agency's continued withholding of public records. *Id.* § 552(a)(4)(B).

## V. FACTS

15. On April 11, 2018, Plaintiff New York sent a FOIA request by mail and electronic submission to USDOL (the "Request"; attached hereto as Exhibit A). The Request sought records from five USDOL agencies: the Office of the Secretary, the Office of the Solicitor, the Office of Congressional and Intergovernmental Affairs, the Wage and Hour Division, and the

Office of the Assistant Secretary for Policy. The Request sought records in three general categories: (1) records concerning the development, implementation, consideration, or evaluation of the PAID Program; (2) records of internal or external meetings or communications concerning the development, implementation, consideration, or evaluation of the PAID Program; and (3) guidance, training materials, and other communications with USDOL staff concerning the PAID Program. (*See* Exhibit A.)

16. On April 23, 2018, USDOL confirmed receipt of the Request by email and assigned it tracking number 856986. USDOL's confirmation email did not seek an extension of time to respond pursuant to 5 U.S.C. § 552(a)(6)(B), or provide a timeframe for a response to the Request. (*See* Exhibit B.)

17. On July 24, 2018, one of the five USDOL agencies from which records were requested—the Wage and Hour Division—sent a separate acknowledgment letter that referenced the same tracking number and that also confirmed receipt of the Request on April 23. The July 24 letter from the Wage and Hour Division did not seek an extension of time to respond pursuant to 5 U.S.C. § 552(a)(6)(B), and did not otherwise provide a timeframe for a response to the Request.  (*See* Exhibit C.)

18. Since receiving USDOL's initial email acknowledging receipt of the Request on April 23, Plaintiff has monitored the progress of the Request and contacted USDOL and its FOIA Public Liaison on multiple occasions to follow up on the status of the Request.

19. Despite these efforts, USDOL has not produced any responsive documents. USDOL has not objected to the Request nor provided any information regarding the specific circumstances preventing the disclosure of the records sought.

20. Because USDOL has failed to provide any substantive responses to the Request within the statutory timeframe, it has constructively denied the Request. As such, Plaintiff has exhausted its administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i).

21. Plaintiff has a legal right to the requested records. Defendant has improperly withheld those records, forcing Plaintiff to file this lawsuit to enforce its right under FOIA.

22. As set forth in the April 11, 2018 letter sent to Labor Secretary Alexander Acosta by the Attorney General on behalf of New York, nine other states, and the District of Columbia, Plaintiff has serious concerns that the PAID Program allows "employers who violate labor laws to avoid prosecution and penalties in exchange for simply paying the back wages their employees were already owed under federal law," and "may require workers receiving overdue, legally-owed wages to waive their rights to seek and obtain any and all additional remedies available under state and federal labor laws." (*See* Exhibit D.)

23. As chief law enforcement officer of New York State, responsible for protecting the safety, welfare, and labor rights of its residents, it is critical for the Attorney General to understand the nature of the PAID Program and its possible effect on the residents of New York and enforcement of the state's labor laws.

## VI. STATEMENT OF CLAIMS

### Count I: Failure to Respond to Request Within Statutory Timeframe

24. Plaintiff re-alleges and incorporates the foregoing paragraphs as if set forth in full.

25. Defendant USDOL failed to respond to the Request within the statutorily mandated timeframe, in violation of Plaintiff New York's rights under FOIA, including but not limited to 5 U.S.C. § 552(a)(6)(A)(i) and (a)(6)(B).

### Count II: Failure to Produce Responsive Records

26. Plaintiff re-alleges and incorporates the foregoing paragraphs as if set forth in full.

27. Defendant USDOL failed to make reasonable efforts to search for records responsive to the Request, in violation of Plaintiff's rights under FOIA, including but not limited to 5 U.S.C. § 552(a)(3).

28. Defendant USDOL failed to disclose and produce any records responsive to the Request, in violation of Plaintiff's rights to those records under FOIA, including but not limited to 5 U.S.C. § 552(a)(3)(A).

29. Defendant USDOL failed to disclose and produce records responsive to the Request without a legal basis for withholding such records, in violation of FOIA, including but not limited to 5 U.S.C. § 552(a)(3)(A) and (a)(6)(A).

30. Plaintiff State is entitled to its reasonable attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E).

### PRAYER FOR RELIEF

WHEREFORE, the State of New York requests that this Court:

(a) Find that Defendant's failure timely to respond or disclose records was unlawful;

(b) Order Defendant to search for and promptly disclose all records responsive to Plaintiff's Request;

(c) Award Plaintiff attorneys' fees and costs; and

(d) Grant such other relief as the Court may deem just and proper;

                                        Respectfully Submitted,

                                        BARBARA D. UNDERWOOD
                                        Attorney General of the State of New York

By: _____
                                        ReNika Moore, Bureau Chief
                                        Julie Ulmet, Assistant Attorney General
                                        Mayur Saxena, Assistant Attorney General
                                        Kevin Lynch*, Assistant Attorney General
                                        Labor Bureau
                                        Office of the New York State Attorney General
                                        28 Liberty Street, 15th Floor
                                        New York, NY 10005
                                        Phone: (212) 416-6280
                                        Fax: (212) 416-8694
                                        ReNika.Moore@ag.ny.gov
                                        Julie.Ulmet@ag.ny.gov
                                        Mayur.Saxena@ag.ny.gov
                                        Kevin.Lynch@ag.ny.gov
                                        *Admission pending

Dated: August 6, 2018