# EXHIBIT B

# Ulmet, Julie

| | |
|---|---|
| **From:** | Miller, Darlene - SOL <Miller.Darlene@dol.gov> |
| **Sent:** | Monday, April 23, 2018 4:04 PM |
| **To:** | Ulmet, Julie |
| **Cc:** | Oliver, Ramona - SOL; DeBusk, Thomas - OSEC; Moreno, Michelle - WHD; Hudson, Sharon - SOL; Manning, Glenda - OCIA; Fryer, Terry L - ASP |
| **Subject:** | Acknowledgment |

Ms. Ulmet:

Your request has been assigned to tracking number **856986**. When the agency begins processing it, you will be able to track its progress at www.dol.gov/foia. If you need to contact us about it for any reason, please submit your inquiry through miller.darlene@dol.gov or phone 202-693-5442. In addition, it would be helpful to include the tracking number in the Subject line of any submission to the us or to have it available at the time of a call.

Sincerely,

**Darlene Miller**
Government Information Specialist, Office of Information Services

OFFICE OF THE SOLICITOR | MANAGEMENT & ADMINISTRATIVE LEGAL SERVICES
U.S. Department of Labor
200 Constitution Avenue NW, Rm N2420
Washington, DC 20210
(202) 693-5442 (O) | (202) 693-5389 (F) | miller.darlene@dol.gov (E)
e-FOIAs: foiarequests@dol.gov

---

**From:** Ulmet, Julie <Julie.Ulmet@ag.ny.gov>
**Sent:** Wednesday, April 11, 2018 11:50 AM
**To:** FOIARequests <FOIARegulations@dol.gov>
**Subject:** FOIA Request Re: Payroll Audit Independent Determination (PAID) Program

Please see the attached FOIA Request from the New York State Office of the Attorney General.

**Julie R. Ulmet | Deputy Bureau Chief**
New York State Office of the Attorney General, Labor Bureau
120 Broadway, 26th Floor | New York, NY 10271-0332
Tel: 212-416-8681 | julie.ulmet@ag.ny.gov | www.ag.ny.gov

Please be advised that as of April 13, 2018, our 120 Broadway office will be moving and the new mailing address is: 28 Liberty St., New York, NY 10005. All other contact information will remain the same.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

1