# EXHIBIT C

**U.S. Department of Labor**  Wage and Hour Division
Washington, D.C. 20210



July 24, 2018

Julie R. Ulmet
New York State Office of the Attorney General
120 Broadway
16th Floor
New York, New York 10271-0332

Sent via email to *julie.ulmet@ag.ny.gov*

RE:   Freedom of Information Act Acknowledgment Letter
      FOIA Tracking Number 856986 – Subject: Records re the Department's PAID Program

Dear Ms. Ulmet:

The U.S. Department of Labor (Department), Wage and Hour Division (WHD) acknowledges receipt of your Freedom of Information Act (FOIA) request dated April 11, 2018, for all responsive records regarding Department's PAID Program, dating from January 20, 2017, to the date the search is conducted. The WHD received your request on April 23, 2018.

If WHD maintains the documents you are seeking, we will process your request pursuant to the FOIA, 5 U.S.C. § 552.  As noted in the request, some of the documents you are seeking are maintained in whole or in part by another Departmental component; therefore, you may receive multiple responses if this request is not coordinated.

Next, your FOIA request has been assigned the FOIA tracking number noted above.  You may use the FOIA tracking number to check the status of your request on the Department FOIA Public Portal at *http://www.dol.gov/foia/*.  Please refer to this number in any future correspondence about your request.

Additionally, our goal is to respond to request(s) as quickly as possible, in the order received and within the statutory time frame.  However, WHD receives a large volume of requests and we have acquired a processing backlog.  Consequently, we may not complete your request within the statutory time period.  Therefore, we ask that you allow 30 days before checking the status of your request.

If you have any questions or concerns regarding this matter you may contact WHD National Office as follows:

Email:  *WHD-FOIA@dol.gov*
Telephone:  202-693-1004
Fax:  202-693-0637
Mail:  U.S. Department of Labor
Wage and Hour Division, Room S3016
Attn:  FOIA Coordinator
200 Constitution Avenue, NW

Washington, D.C. 20210

We hope this information has been helpful.

Sincerely,

PATRICE TORRES  Digitally signed by PATRICE TORRES

Patrice Rachel Torres
Assistant Administrator
Wage and Hour Division