UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, by the Attorney General of the State of New York<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　　Defendant. | Civil Action No. 1:18-cv-07029<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| LETITIA JAMES<br>Attorney General of the State of New York<br><br>By: _____<br>KEVIN M. LYNCH<br>Assistant Attorney General<br>28 Liberty Street, 15th Floor<br>New York, New York 10005<br>Tel.: (212) 416-6081<br>E-mail: kevin.lynch@ag.ny.gov<br><br>Dated: 3/18/19 | GEOFFREY S. BERMAN<br>United States Attorney for the<br>Southern District of New York<br><br>By: _____<br>EMILY E. BRETZ<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel.: (212) 637-2777<br>E-mail: emily.bretz@usdoj.gov<br><br>Dated: 3/18/19 |